UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALEXANDRA GARCIA,<br><br>        Plaintiff,<br><br>    v.<br><br>THE NEW YORK OPPORTUNITY NETWORK, INC.,<br><br>        Defendant. | 24-CV-1638 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

  On March 7, 2024, the Court ordered the parties to file a joint status letter and proposed case management plan by April 24, 2024, in advance of the initial pretrial conference scheduled to take place on May 2, 2024.  ECF No. 5.  That date has now passed, and the Court is not in receipt of the parties' joint submissions.  Accordingly, it is hereby ORDERED that the initial pretrial conference is ADJOURNED to **May 16, 2024, at 12:00 p.m. (E.T.)**.  The parties' dial-in information remains unchanged: the parties shall dial 646-453-4442, enter the meeting code 17833641, and press pound (#).  The parties shall submit their joint status letter and proposed case management plan by **May 8, 2024**.

  Plaintiff is on notice that failure to prosecute her case may result in its dismissal.  Both parties are on notice that failure to comply with the Court's Orders may result in sanctions.

  SO ORDERED.

Dated: April 25, 2024
    New York, New York

                              /s/ Dale E. Ho
                              DALE E. HO
                         United States District Judge