UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALEXANDRA GARCIA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　　v.<br><br>THE NEW YORK OPPORTUNITY NETWORK, INC.,<br><br>　　　　　　　　　　Defendant. | 24 Civ. 1638 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

On May 8, 2024, the parties filed a proposed case management plan and scheduling order. No significant issues were presented in the parties' materials. Accordingly, it is hereby **ORDERED** that the initial pretrial conference scheduled to take place on May 16, 2024 is **CANCELLED.** If the parties wish to proceed with the conference, they shall promptly file a letter on ECF so the conference can be reinstated on the Court's calendar. Such request must state the reasons why a conference remains necessary.

On March 7, 2024, the Court ordered the parties to file a **joint status letter** in addition to a proposed case management plan and scheduling order. ECF No. 5. On April 25, 2024, the Court granted the parties' extension to submit that letter, to May 8, 2024. ECF No. 10. That date has now passed, and the Court is not in receipt of the parties' submission. Accordingly, the parties are **ORDERED** to file a joint status letter, following the instructions outlined by the Court at ECF No. 5, by no later than **May 17, 2024**. The parties are on notice that failure to comply with the Court's Orders may result in sanctions.

The case management plan and scheduling order will issue separately. The requested referral to mediation will also issue separately.

　　　　SO ORDERED.

Dated: May 9, 2024
      New York, New York

                                                      DALE E. HO
                                       United States District Judge